UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clifton Walker,

        Plaintiff,

v.

Sherburne County, et al.,

        Defendants.

Civ. No. 22-0382 (DSD/BRT)

**REPORT AND RECOMMENDATION**

Plaintiff Clifton Walker neither paid the required filing fee nor applied for *in forma pauperis* ("IFP") status upon commencing this action. Upon receiving Walker's complaint, the Clerk of Court informed Walker on February 9, 2022, that if he did not pay the filing fee or apply for IFP status within 15 days, this matter could be summarily dismissed without prejudice. *See* (Doc. No. 2.)

That deadline has now passed, and Walker still has not paid the filing fee or submitted an IFP application. In fact, Walker has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: March 7, 2022    *s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).