```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
               CIVIL NO.: 22-382(DSD/BRT)
```

Clifton Walker,

        Plaintiff,

v.                                                    **ORDER**

Sherburne County, et al.,

        Defendants.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Becky R. Thorson dated March 7, 2022. Plaintiff has not objected to this R&R in the time period permitted.

Accordingly, based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 3] is adopted in its entirety; and

2. This action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 12, 2022                 s/David S. Doty_____
                                              David S. Doty, Judge
                                              United States District Court